IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ARMSTRONG, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv1517 SWW |
| | * | |
| | * | |
| BIG MAC TANK TRUCKS LLC, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The motion [doc.#5] of attorneys Ian P. Faria and Michaelyn M. Prowse for admission *pro hac vice* to represent defendant and appear and participate on its behalf in this case is hereby granted.

IT IS SO ORDERED this 20th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE