*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

PATRICIA ARMSTRONG

vs.                              NO.   4:10CV01517 SWW

BIG MAC TANK TRUCKS LLC

### ORDER

Counsel was sent a letter by the U. S. District Clerk's Office on October 28, 2010 notifying him that he had thirty days to comply with Local Rule 83.5 or be removed from the case.  Attorney of record, Jason L. Vaughn, has not complied and is hereby removed as counsel of record.

IT IS SO ORDERED that attorney, Jason L. Vaughn, send a copy of this order to plaintiff by certified mail and to file the return of service with the Court.

IT IS FURTHER ORDERED that plaintiff notify the Court no later than February 22, 2011, of the name and address of her new attorney or whether she intends to pursue this matter *pro se*.

If plaintiff is inclined to proceed *pro se*, she is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.  The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.

DATED this 24th day of January 2011.

/s/Susan Webber Wright
United States District Judge