IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA ARMSTRONG,                        *
                                           *
                    Plaintiff,             *
vs.                                        *              No. 4:10cv1517 SWW
                                           *
                                           *
BIG MAC TANK TRUCKS LLC,                   *
                                           *
                    Defendant.             *

<u>ORDER</u>

By Order entered September 13, 2011 [doc.#17], the Court, at the request of the parties,

vacated the Final Scheduling Order on grounds that the parties stated that they "anticipate that

this matter will settle in the very near future."  There has been no communication with the Court

since then.  The Court directs that within twenty-one (21) days of the date of entry of this Order,

the parties file, either jointly or separately, a report advising the Court of the status of this action

and whether an Amended Scheduling Order needs to be issued.


IT IS SO ORDERED this 12th day of January 2012.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE